ACCEPTED
14-14-00401-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 11:34:58 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00401-CV

| | | |
|---|---|---|
| IN THE ESTATE | § | IN THE FOURTEENTH |
| | § | 14th COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| OF | § | COURT OF APPEALS 12/23/2015 11:34:58 AM |
| | § | CHRISTOPHER A. PRINE |
| ROBERT L. WRIGHT, DECEASED | § | HOUSTON, TEXAS Clerk |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 11:34:58 AM
CHRISTOPHER A. PRINE
Clerk

### Appellant's Motion to Extend Time to
### File Motion for En Banc Reconsideration

Pursuant to Texas Rules of Appellate Procedure 10.1(a), 10.5(b), and 49.8, appellant Robert Russell Tautenhahn, individually and as Independent Executor of the Estate of Robert L. Wright, requests a seven-day extension of time to file his motion for rehearing en banc (the "motion") on the grounds set forth below. As indicated in the Certificate of Conference below, appellee Larry Stroman opposes this motion.

Appellant's motion is currently due by December 30, 2015. Appellant requests a seven-day extension of this deadline to January 6, 2016. No previous extension of time has been requested to file this motion.

The need for this extension is based on the following facts. This is an appeal of a judgment from a bench trial in a probate case. There are over 400 pages of Clerk's Record and nearly 1200 pages of Reporter's Record. Appellant's request for oral argument was denied, and the Majority and Dissenting Opinions, issued on December 15, 2015, total 28 pages in length. The extension of time is needed to

enable appellant's counsel to adequately analyze the Court's Opinions, the relevant evidence, and applicable legal authorities, and to provide a concise explanation of appellant's grounds for rehearing. The extension is also requested due to the intervening Christmas Holiday and resulting diminished work schedule.

## Prayer

Based on the foregoing, appellant asks the Court to grant this motion for a seven-day extension of time to file his motion for en banc reconsideration.

Respectfully submitted,

/s/    *Richard H. Edelman*
Richard H. Edelman
State Bar No. 06413200
rhe@edelmanoffice.com
BARLOW JONES, L.L.P.
17225 El Camino Real, Suite 400
Houston, Texas 77058
Telephone: (281) 488-8440
Facsimile:  (281) 488-6832

Barbara Epperson
State Bar No. 24036527
eppersonlaw@comcast.net
Gainey M. Johnson
State Bar No. 24064105
EPPERSON LAW FIRM, P.C.
Telephone:  (281) 984-7300
Facsimile:   (281) 984-7322

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

In accordance with Texas Rule of Appellate Procedure 10.1(a)(5), the undersigned counsel for appellant conferred with Veronica L. Davis, counsel for appellee, about the merits of this motion, and appellee opposes this motion.

/s/ *Richard H. Edelman*
Richard H. Edelman

## CERTIFICATE OF SERVICE

On **December 23, 2015**, this **Motion** was eServed on Veronica L. Davis, counsel of record for Leroy Stroman.

/s/ *Richard H. Edelman*
Richard H. Edelman
rhe@edelmanoffice.com